PROB 12C
(7/93)

Report Date: July 13, 2010

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 1 4 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juventino Zunigasuarez         Case Number: 2:09CR06052-001
AKA: Juventino Zuniga-Suarez

Address of Offender: Metropolitan Correctional Center, San Diego, CA

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 11/16/2009

| | | |
|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326(b)(1) | |
| Original Sentence: | Prison - 13 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alexander Carl Ekstrom | Date Supervision Commenced: 06/22/2010 |
| Defense Attorney: | James Stewart Becker | Date Supervision Expires: 06/21/2013 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

1    **Special Condition #14**: You are prohibited from returning to the United States without advance leal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

    **Supporting Evidence**: Information received from the U.S. Immigration and Customs Enforcement (ICE), indicates the defendant was deported to Mexico on June 22, 2010, at San Ysidro, California, and has not obtained legal permission to reenter the United States.

2    **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

    **Supporting Evidence**: On June 30, 2010, a criminal complaint was filed with the U.S. District Court in the Southern District of California, charging the defendant with Deported Alien Found in the United States, in violation of 8 U.S.C. § 1326, docket number 3:10M02187-001.

Prob12C
Re: Zunigasuarez, Juventino
July 13, 2010
Page 2

According to the complaint, on June 28, 2010, an ICE border patrol agent observed an individual, later identified as the defendant, walking in an area near the Tacate, California Port of Entry. The agent approached the defendant who had concealed himself in brush. Upon questioning the defendant, he admitted to being in the United States illegally and that he was not in possession of immigration documents that would allow him to legally enter into or remain within the United States. The defendant indicated to the agent, his intention was to travel to Pasco, Washington, to work. The defendant was arrested and transported to the Brown Field Border Partol Station for processing.

On July 1, 2010, the defendant made an initial appearance before the Court and was ordered detained pending further action by the Court. It appears the defendant's next Court date is scheduled for July 15, 2010.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 13, 2010

Rebecca M. Nichols   for

Jose Vargas
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

Date July 14, 2010